1  McGREGOR W. SCOTT
   United States Attorney
2  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2821
   Facsimile: (916) 554-2900
5  edward.olsen@usdoj.gov

6  Attorneys for the Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAWFIQ MORRAR and AMNA SALAMEH, | CASE NO. 2:19-cv-00833-KJM-KJN |
| Plaintiffs, | **STIPULATION TO VACATE NOVEMBER 22, 2019 HEARING** |
| v. | |
| UNITED STATES and USDA FOOD & NUTRITION SERVICE, | |
| Defendants. | |

Plaintiffs, by and through their attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate to vacate the November 22, 2019, hearing date on Defendants' motion to dismiss in light of the following:

(1) USDA's Food and Nutrition Service has permanently removed the Plaintiffs' names from the SAM List.

(2) Defendants intend to file a motion to dismiss the above-captioned case as moot.

(3) At this time, the Plaintiffs are evaluating whether to oppose Defendants' forthcoming motion. Additionally, the Parties are continuing to engage in discussions relating to the Plaintiffs' intent to file a motion for award of attorney's fees and costs under the Equal Access to Justice Act.

(4) The Parties agree that this Court should vacate the hearing on Defendants' motion to dismiss (currently scheduled for November 22, 2019) and re-schedule that motion only if this case is not ultimately dismissed as moot.

Respectfully submitted,

Dated: November 8, 2019
McGREGOR W. SCOTT
United States Attorney

By: */s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney

Dated: November 8, 2019
*/s/ Stewart D. Fried*
STEWART D. FRIED
Olsson Frank Weeda Terman Matz PC
Attorneys for Plaintiffs

## ORDER

Pursuant to stipulation, the November 22, 2019 hearing on defendants' motion to dismiss is vacated.

Dated: November 13, 2019.

_____
UNITED STATES DISTRICT JUDGE